```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 05964
    BEATRICE S HOLMES
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1372

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/13/2008 and was not confirmed.

    The case was dismissed without confirmation 06/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG NOTICE ONLY    NOT FILED            .00            .00
WELLS FARGO HOME MORTGAG NOTICE ONLY    NOT FILED            .00            .00
TARGET NATIONAL BANK     UNSECURED         4000.17           .00            .00
CAPITAL ONE              UNSECURED         4745.71           .00            .00
CHARTER ONE              UNSECURED      NOT FILED            .00            .00
BANK OF AMERICA          UNSECURED      NOT FILED            .00            .00
AT&T WIRELESS            UNSECURED      NOT FILED            .00            .00
CAPITAL ONE              UNSECURED      NOT FILED            .00            .00
WATERMARK PHYSICIANS SER UNSECURED         2978.99           .00            .00
WATERMARK PHYSICIANS SER UNSECURED      NOT FILED            .00            .00
WATERMARK PHYSICIANS SER UNSECURED          416.22           .00            .00
WATERMARK PHYSICIANS SER UNSECURED      NOT FILED            .00            .00
CHASE BANK               UNSECURED      NOT FILED            .00            .00
CHASE                    UNSECURED      NOT FILED            .00            .00
CITIBANK/SEARS           UNSECURED      NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC UNSECURED          205.14           .00            .00
TIME WARNER CABLE        UNSECURED      NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI UNSECURED         5163.03           .00            .00
SPRINT PCS               UNSECURED      NOT FILED            .00            .00
TIME WARNER CABLE        UNSECURED      NOT FILED            .00            .00
WE ENERGIES INVOICE PROC UNSECURED      NOT FILED            .00            .00
TIME WARNER CABLE        UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED          269.29           .00            .00
PEOPLES GAS              UNSECURED      NOT FILED            .00            .00
HSBC BANK NEVADA         UNSECURED          880.72           .00            .00
ILLINOIS INSURANCE C     UNSECURED      NOT FILED            .00            .00
LOYOLA UNIVERSITY PHY NS UNSECURED      NOT FILED            .00            .00
LOYOLA UNIVERSITY PHY NS UNSECURED      NOT FILED            .00            .00
LOYOLA UNIVERSITY PHY NS UNSECURED      NOT FILED            .00            .00
LOYOLA UNIVERSITY PHY NS UNSECURED      NOT FILED            .00            .00
LOYOLA UNIVERSITY PHY NS UNSECURED      NOT FILED            .00            .00
LOYOLA UNIVERSITY PHY NS UNSECURED      NOT FILED            .00            .00
METROPOLITAN ADVANCED RA UNSECURED      NOT FILED            .00            .00
METROPOLITAN ADVANCED RA UNSECURED      NOT FILED            .00            .00
METROPOLITAN ADVANCED RA UNSECURED      NOT FILED            .00            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 05964 BEATRICE S HOLMES
```

```
METROPOLITAN ADVANCED RA  UNSECURED        NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED          2056.15          .00          .00
PROGRESSIVE INSURANCE CO  UNSECURED        NOT FILED          .00          .00
NICOR GAS                 UNSECURED        NOT FILED          .00          .00
NORDSTROM FSB             UNSECURED         10467.94          .00          .00
MACNEAL HOSPITAL          UNSECURED        NOT FILED          .00          .00
RACINE COUNTY CLERK OF C  UNSECURED        NOT FILED          .00          .00
RMI/MCSI                  UNSECURED           250.00          .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED          3172.23          .00          .00
CONCORDIA UNIVERSITY      UNSECURED        NOT FILED          .00          .00
MACNEAL EMERGENCY PHY     UNSECURED        NOT FILED          .00          .00
MACNEAL EMERGENCY PHY     UNSECURED        NOT FILED          .00          .00
VERIZON WIRELESS          UNSECURED        NOT FILED          .00          .00
TSYS DEBT MANAGEMENT      UNSECURED           625.97          .00          .00
VON MAUR                  UNSECURED           353.30          .00          .00
WASHINGTON MUTUAL/PROVID  UNSECURED        NOT FILED          .00          .00
WFNNB VALUE CIYT FURN     UNSECURED        NOT FILED          .00          .00
WORLD FINANCIAL NETWORK   UNSECURED           268.04          .00          .00
WI ELECTRIC               UNSECURED        NOT FILED          .00          .00
WI ELECTRIC               UNSECURED        NOT FILED          .00          .00
ZENITH FEDERAL CREDIT UN  UNSECURED        NOT FILED          .00          .00
ZENITH FEDERAL CREDIT UN  UNSECURED        NOT FILED          .00          .00
STATE SELECTED HEALTH CA  NOTICE ONLY      NOT FILED          .00          .00
ACCESS CREDIT UNION       SECURED            40060.47         .00          .00
AMERICAS SERVICING COMPA  CURRENT MORTG          .00          .00          .00
WELLS FARGO BANK          CURRENT MORTG          .00          .00          .00
WELLS FARGO BANK          MORTGAGE ARRE      4200.00          .00          .00
FORD MOTOR CREDIT         SECURED VEHIC     15823.00          .00          .00
FORD MOTOR CREDIT         UNSECURED              .36          .00          .00
HOME EQUITY SERVICING CO  SECURED NOT I          .00          .00          .00
HOME EQUITY SERVICING CO  SECURED NOT I          .00          .00          .00
HOMEQ SERVICING CORP      CURRENT MORTG          .00          .00          .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG          .00          .00          .00
WELLS FARGO HOME MORTGAG  SECURED NOT I     2245.46          .00          .00
CLC CONSUMER SERVICES     UNSECURED          7825.97          .00          .00
MIDLAND CREDIT MANAGEMEN  UNSECURED           224.56          .00          .00
AMERICAS SERVICING COMPA  SECURED NOT I          .00          .00          .00
AMERICAS SERVICING COMPA  NOTICE ONLY      NOT FILED          .00          .00
HOMEQ SERVICING CORP      SECURED NOT I          .00          .00          .00
ACCESS CREDIT UNION       UNSECURED          3294.03          .00          .00
ACCESS CREDIT UNION       UNSECURED          7752.99          .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED              .00          .00          .00
ECAST SETTLEMENT CORP     UNSECURED           381.38          .00          .00
VHS GENESIS LABS INC      UNSECURED           538.17          .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY            .00                       .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00
```

Summary of Receipts and Disbursements:

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 05964 BEATRICE S HOLMES

```
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                                   .00

PRIORITY                                                          .00
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                              .00
DEBTOR REFUND                                                     .00
                                  ---------------      ---------------
TOTALS                                    .00                     .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 09/24/08             _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE

                              PAGE   3
          CASE NO. 08 B 05964 BEATRICE S HOLMES